# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANDREW CLAUDIO, *et al.,*

        Plaintiffs,

vs.

TMX FINANCE LLC, et al.,

        Defendants.

2:13-cv-00620-JAD-VCF

**ORDER**

      Before the Court is the Joint Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines. (#26). The motion states that Plaintiffs and Defendants seek to stay discovery at least thirty (30) days after the Court's ruling on Defendants pending Motion to Dismiss. *Id.*

      Only Defendants signed the instant motion. The motion states that Plaintiffs are seeking the discovery stay; however, Plaintiffs did not sign the motion.

      Accordingly,

      IT IS HEREBY ORDERED that the Joint Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines (#26) is DENIED without prejudice.

      DATED this 22nd day of October, 2013.

                                                         _____

                                                         CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE