# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDREW CLAUDIO, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> TMX FINANCE LLC, et al., <br><br>  Defendants. | 2:13-cv-00620-JAD-VCF <br><br> **ORDER** |

Before the Court is the Joint Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines. (#26). The motion states that Plaintiffs and Defendants seek to stay discovery at least thirty (30) days after the Court's ruling on Defendants pending Motion to Dismiss. *Id.*

Only Defendants signed the instant motion. The motion states that Plaintiffs are seeking the discovery stay; however, Plaintiffs did not sign the motion.

Accordingly,

IT IS HEREBY ORDERED that the Joint Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines (#26) is DENIED without prejudice.

DATED this 22nd day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE