**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANDREW CLAUDIO, *et al.,*

        Plaintiffs,   2:13-cv-00620-MMD-VCF

vs.   **ORDER**

TMX FINANCE LLC, *et al.,*

        Defendant.

Before the Court is the parties' Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines. (#28).

The parties request the Court to stay the Rule 26(f) conference and discovery until the ruling on Defendants' Motion to Dismiss. *Id.* The stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that parties' Motion for Further Stay of Rule 26(f) Conference and Discovery Deadlines (#28) is GRANTED and all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or May 27, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of thirty (30) days after Defendant files an answer or June 10, 2014;

After May 13, 2014, the parties may file a motion or stipulation to further stay the Rule 26(f) conference and discovery, if the case is still pending and the Defendant has not filed an answer at the

…

time of filing the new motion or stipulation.

DATED this 26th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE