**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW CLAUDIO, NATHAN KIMENKER, and DAVID GILTZ,<br><br>Plaintiffs,<br><br>v.<br><br>TMX FINANCE LLC; TMX FINANCE OF NEVADA, LLC; TITLE MAX OF NEVADA, INC.; TITLE MAX OF GEORGIA, INC.,<br><br>Defendants. | Case No. 2:13-cv-00620-JAD-VCF<br><br>**ORDER** |

The Court hereby GRANTS the Parties Stipulation of Dismissal. This action is hereby dismissed with prejudice with each party bearing its own costs and attorney fees except as provided in the Settlement agreed to by the Parties.

IT IS HEREBY ORDERED that the joint motion for approval of settlement and to dismiss the action (#53) is GRANTED; all other pending motions are denied as moot. The Clerk of Court is instructed to close the case.

Dated: December 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

4845-8288-6688, v. 1